## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **TRACEY DAVID JOYNER #84855** | **CASE NO. 5:24-CV-01382 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANGELA WILLIS ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 11] filed by Plaintiff Tracey David Joyner ("Joyner"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil right complaint [Doc. No. 1] be **DISMISSED WITH PREJUDICE** as frivolous.

**MONROE, LOUISIANA**, this the 14th day of February 2025.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**